## 54517. STARR v. CENTRAL GEORGIA ELECTRIC MEMBERSHIP CORPORATION.

SMITH, Judge.

The evidence demanded findings that Starr's action fell within the purview of Ga. L. 1939, pp. 312, 315 (Code Ann. § 34B-137) and that he failed to file his complaint within the time period specified therein. Therefore, the court was correct in entering a directed verdict against Starr and in overruling his motion for new trial.

*Judgment affirmed. Bell, C. J., and McMurray, J., concur.*

ARGUED SEPTEMBER 21, 1977 — DECIDED OCTOBER 13, 1977.

*J. C. Rary, Robert P. Hoyt,* for appellant.
*Benson Ham,* for appellee.